Argued and submitted October 12, 2016, affirmed July 19, 2017

In the Matter of the Compensation of
Stuart C. Yekel, Claimant.

Stuart C. YEKEL,
*Petitioner,*

*v.*

SAIF CORPORATION,
and Yekel's Repair,
*Respondents.*

Workers' Compensation Board
1400431; A160049

398 P3d 463

Christopher D. Moore argued the cause and filed the briefs for petitioner.

David L. Runner argued the cause and filed the brief for respondents.

Before DeVore, Presiding Judge, and Garrett, Judge, and Duncan, Judge pro tempore.

PER CURIAM

Affirmed. *Brown v. SAIF*, 361 Or 241, 391 P3d 773 (2017); *McDermott v. SAIF*, 286 Or App 406, 398 P3d 964 (2017).